IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT, | No. C 13-4554 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| vs. | |
| BUTTE COUNTY POLICE DEPARTMENT; DISTRICT ATTORNEY MICHAEL L. RAMSEY, | (Dkt. 2) |
| Defendants. / | |

Plaintiff, an inmate in the Santa Clara County Jail, filed this civil rights case under 42 U.S.C. 1983 complaining that he was falsely arrested and searched by defendants in violation of his constitutional rights. Defendants are officials of Butte County, where they are located and where the incidents giving rise to plaintiff's claims occurred. Butte County is within the venue of the United States District Court for the Central District of California. Venue for this case is therefore proper in the Eastern District. *See* 28 U.S.C. 1391. Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1404(a), 1406(a). In light of this transfer, the application to proceed in forma pauperis (dkt. 2) is deferred to the Eastern District.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: October   31  , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE