**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

DAVID BENNETT,                                    No. 2:13-CV-2295-CMK-P

        Plaintiff,

    vs.                                                  <u>ORDER</u>

BUTTE COUNTY POLICE
DEPARTMENT, et al.,

        Defendants.

_____/

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

42 U.S.C. § 1983.   Pending before the court is plaintiff's motion for summary judgment (Doc.

10).  Because the court has not yet determined that plaintiff's complaint is appropriate for

service, the motion is stricken as premature.  Plaintiff's complaint will be addressed by separate

order.

        IT IS SO ORDERED.

DATED:  July 24, 2014

                                                          _____
                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE