IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT, | No. 2:13-CV-2295-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| BUTTE COUNTY POLICE DEPARTMENT, | |
| Defendant. | |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion (Doc. 16) for an extension of time and for appointment of counsel.

   Plaintiff seeks an extension of time to respond to the court's February 24, 2016, order to show cause.  Good cause appearing therefor, plaintiff's request for an extension of time will be granted.  Plaintiff is cautioned that failure to file a response within the time provided in this order may result in dismissal of the action.  See Local Rule 110.

/ / /

/ / /

1

1       Plaintiff seeks the appointment of counsel.  The United States Supreme Court has
2 ruled that district courts lack authority to require counsel to represent indigent prisoners in
3 § 1983 cases.  See Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain
4 exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to
5 28 U.S.C. § 1915(e)(1).  See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v.
6 Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).   A finding of "exceptional
7 circumstances" requires an evaluation of both the likelihood of success on the merits and the
8 ability of the plaintiff to articulate his claims on his own in light of the complexity of the legal
9 issues involved.  See Terrell, 935 F.2d at 1017.  Neither factor is dispositive and both must be
10 viewed together before reaching a decision.  See id.

11       In the present case, the court does not at this time find the required exceptional
12 circumstances.  For the reasons outlined on the court's February 24, 2016, order, the court
13 concludes that plaintiff's amended complaint fails to state a claim for relief against the only
14 named defendant, the Butte County Police Department.  Additionally, the record reflects that
15 plaintiff is able to articulate himself on his own.

16       Accordingly, IT IS HEREBY ORDERED that:

17       1.    Plaintiff's request for an extension of time (Doc. 16) to file a response to
18 the court's February 24, 2016, order to show cause is granted;

19       2.    Plaintiff's response is due within 30 days of the date of this order; and

20       3.    Plaintiff's request for the appointment of counsel (Doc. 16) is denied.

21

22  DATED:  May 12, 2016

23

24                                                                 **CRAIG M. KELLISON**
                                                               UNITED STATES MAGISTRATE JUDGE

25

26